**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE No.: 3:25-cv-00454-FDW-SCR**

| | | |
|---|---|---|
| **D.H., an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| SHREEJI ENTERPRISES, LLC; AND | ) | |
| KS ENTERPRISES OF CHARLOTTE, INC.; | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM VIA INITIALS**

  **THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion for Plaintiff to Proceed Under Pseudonym Via Initials" (Doc. No. 17) filed September 9, 2025. Having carefully considered the motion and the record, and noting the parties' agreement, the undersigned will <u>grant</u> the motion.[1]

  **IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion for Plaintiff To Proceed Under Pseudonym Via Initials" (Doc. No. 17) is **GRANTED**.

  **IT IS FURTHER ORDERED** that Plaintiff is granted leave to proceed anonymously in this matter under the pseudonym D.H. The parties are to refer to Plaintiff as D.H. in all public filings. When the parties file any document that identifies Plaintiff with the Court, the identifying information should be redacted from the public filing and an unredacted version should be filed under seal pursuant to Local Rule 6.1. A motion to seal referencing this Order and noting that Plaintiff's identifying information is the only information excluded from the publicly filed version

---

[1] The parties agree that whether, and to what extent, Plaintiff's name may be used at trial or in front of a jury is an issue that this Court will take up – if necessary – at a later time closer to trial.

of a document shall be sufficient to support the motion. When filing such a motion to seal, the parties are excused from filing the additional memoranda that would otherwise be required by Local Rule 6.1.

Nothing in this Order prohibits any party from referring to Plaintiff's real name, or identifying characteristics, in the course of discovery. For example, the parties and their attorneys are allowed to use Plaintiff's real name and identifying characteristics when speaking to witnesses or potential witnesses, in depositions and outside of formal depositions, and when subpoenaing records relating to Plaintiff. Additionally, this Order does not prohibit Defendants' counsel from using Plaintiff's name with other attorneys and employees of their law firm or with Defendants' insurance company.

**SO ORDERED.**

Signed: September 10, 2025

Susan C. Rodriguez
United States Magistrate Judge